1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

JUN 18 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11    PARIS CHERER,                    )    Case No. EDCV 08-771-AG (OP)
                                       )
12                   Plaintiff,        )    ORDER ADOPTING FINDINGS,
                                       )    CONCLUSIONS, AND
13            vs.                      )    RECOMMENDATIONS OF
                                       )    UNITED STATES MAGISTRATE
14    LIEUTENANT WILLIAMS, et al.,     )    JUDGE
                                       )
15                                     )
                     Defendants.       )
16    _____)

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

18    Complaint, all the records and files herein, and the Report and Recommendation of

19    the United States Magistrate Judge,  and the objections filed by Defendant Lt.

20    Williams, de novo. The Court concurs with and adopts the findings, conclusions,

21    and recommendations of the Magistrate Judge,

22    / / /

23    / / /

24    / / /

25

26

27

28

IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) denying Defendant Williams' Motion to Dismiss for failure to exhaust administrative remedies; and (3) ordering Defendant to file an Answer to the First Amended Complaint within sixty days of entry of the Order adopting this Report and Recommendation.

DATED: JAN 18 2011

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge