O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS CHERER,<br><br>     Plaintiff,<br>v.<br><br>LT. SCOTT WILLIAMS, et al.<br><br>     Defendants. | Case No. EDCV 08-00771-AG (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED that: (1) accepting this Report and
2 Recommendation; (2) granting Defendant's Motion for Summary Judgment with
3 respect to Plaintiff's Eighth Amendment claims (Claims One and Three) and
4 dismissing those claims with prejudice as to Defendant Williams; (3) dismissing
5 Claims One through Three against all remaining unserved Defendants, i.e.,
6 Warden Elwood, Officer Orlando, John Doe ("male black officer"), and Jane Doe
7 ("female Hispanic officer") without prejudice; and (4) directing that Judgment be
8 entered dismissing the First Amended Complaint.

10 DATED: April 30, 2013

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge