JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS CHERER, | Case No. EDCV 08-00771-AG (OP) |
| Plaintiff, | J U D G M E N T |
| vs. | |
| LT. SCOTT WILLIAMS, et al., | |
| Defendants | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ADJUDGED that the First Amended Complaint is dismissed.

3   DATED: April 30, 2013
4                                    _____
                                     HONORABLE ANDREW J. GUILFORD
                                     United States District Judge

7   Prepared by:

10  _____
    HONORABLE OSWALD PARADA
    United States Magistrate Judge